IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KATHERINE HAN-NOGGLE, as daughter
and Next of Kin to MARY Y.C. HAN,
Deceased, and ELIZABETH WALLBRO,
as Personal Representative of the
Estate of MARY Y.C. HAN,

      Plaintiffs,

v.                                                            CV 13-894 CG/GBW

CITY OF ALBUQUERQUE; DAREEN WHITE, in his
individual and official capacity as Public Safety Director
for the City of Albuquerque; ROBERT PERRY, in his
individual capacity and office capacity as the City
Attorney; CHIEF RAYMOND D. SCHULTZ, in his
individual and official capacity as the Chief of Police
of the Albuquerque Police Department for municipal and
supervisory claims; DEPUTY CHIEF PAUL FEIST,
DEPUTY CHIEF ELIZABETH PAIZ, DEPUTY CHIEF
ALLEN BANKS, COMMANDER RAE MASON, in their
individual and official capacities as supervisors and trainers
within the Albuquerque Police Department; MARC ADAMS, in
his individual and official capacity as manager, investigator,
and trainer of the Albuquerque Police Department Crime Lab;
FIELD INVESTIGATOR MICHAEL MUNIZ, in his individual
and official capacity; OFFICER TRICIA K. HOFFMAN, in her
individual and official capacity; and TODD J. WILHAM,
Albuquerque Police Department Public Information Officer
in his individual and official capacity; and JOHN DOES 1-2,

      Defendants.

## ORDER SETTING TELEPHONIC HEARING

A telephonic hearing on *Plaintiff's Motion to Amend Complaint and Memorandum in Support*, (Doc. 32), has been set for **Monday, March 17, 2014, at 2:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE